UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONY BLAKELY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:21-cv-00425 ) |
| AUSTIN PEAY STATE UNIVERSITY, | ) ) |
| Defendant. | ) ) |

## ORDER

On July 1, 2021, Defendant filed a Motion to Dismiss the June 1, 2021 complaint. (Doc. No. 10). While that motion was pending, Plaintiff filed a First Amended Complaint on July 16, 2021. (Doc. No. 14). Because the First Amended Complaint is now the legally operative complaint in this case, see Parry v. Mohawk Motors of Mich., Inc., 236 F.3d 299, 306–07 (6th Cir. 2000), Defendant's original motion to dismiss (Doc. No. 10) is **DENIED WITHOUT PREJUDICE** to it being refiled to address the First Amended Complaint.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE